# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-192-001

**Effective Date of Registration:**
November 08, 2019
**Registration Decision Date:**
February 21, 2020

## Title

**Title of Work:** 29004 - Chalkboard Birthday Arrow

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** March 01, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Castanias
**Date** November 08, 2019



# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1–206–720

EFFECTIVE DATE OF REGISTRATION

4 | 24 | 03
Month | Day | Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of This Work ▼**
It's a Boy Foot, #07688

**NATURE OF THIS WORK ▼** See instructions
Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**a** **NAME OF AUTHOR ▼**
Anagram International, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _United States_
{ Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☑ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and**
Year Born ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
{ Domiciled in _____

**Was This A**
Anonymous?
Pseudonymous?

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work



07688 It's a Boy Foot
SuperShape™ XL® P35

---

**a** **Year in Which Creation of This Work Was Completed**
2000 Year
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month December Day 15 Year 2000
United States Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7107

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
APR 24 2003
**ONE DEPOSIT RECEIVED**
APR 24 2003
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of 2 pages



**07688 It's a Boy Foot**
SuperShape™ XL® P35

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-192-097

**Effective Date of Registration:**
November 08, 2019

**Registration Decision Date:**
February 24, 2020

---

**Title**

Title of Work: 32851 - Pineapple

**Completion/Publication**

Year of Completion: 2015
Date of 1st Publication: June 15, 2015
Nation of 1st Publication: United States

**Author**

• Author: Anagram International, Inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

**Copyright Claimant**

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339, US

**Certification**

Name: Nancy Castanias
Date: November 08, 2019

Page 1 of 1



# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts

VA 1-206-711

VAU

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|
| 4 | 24 | 03 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**
Happy Bee, #04745

**NATURE OF THIS WORK ▼** See instructions
Helium Balloon

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give info contribution appeared. **Title of Collective Work ▼**

**If published in a periodical or serial give:** Volume ▼   Number ▼   Issue Date ▼

**a** **NAME OF AUTHOR ▼**
Anagram International, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of __United States__
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☑ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **Year in Which Creation of This Work Was Completed** 1997
This information must be given ONLY in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month __March__ Day __15__ Year __1997__
__United States__ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 24 2003
ONE DEPOSIT RECEIVED
APR 24 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __2__ pages



| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

04746 Happy Bee
SuperShape™ XL® P20

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a** See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Patricia Sandkamp @ Anagram International, Inc.
7700 Anagram Drive
Eden Prairie, MN 55344-7307

**b**

Area code and daytime telephone number    (952-) 949-5631          Fax number    ( 952- )949-6483

Email    psandkamp@anagramintl.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Anagram International, Inc.
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Diana Curtis          **Date** April 10, 2003

**Handwritten signature (X)** ▼

x _Diana Curtis_

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Patricia Sandkamp, Anagram International, Inc. | • Complete all necessary spaces • Sign your application in space 8 |
| --- | --- | --- |
| | **Number/Street/Apt** ▼ 7700 Anagram Drive | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | **City/State/ZIP** ▼ Eden Prairie, MN 55344 | Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev. June 2002   ♲ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/26,021



**04745 Happy Bee**
SuperShape™ XL® P30

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-192-008**

**Effective Date of Registration:**
November 08, 2019
**Registration Decision Date:**
February 21, 2020

---

## Title

**Title of Work:** 35389 - Dump Truck

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** August 30, 2015
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Castanias
**Date:** November 08, 2019

---



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tuly*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-118-018

**Effective Date of Registration:**
March 27, 2018

### Title

**Title of Work:** 24519 Sunshine Sun

### Completion/Publication

**Year of Completion:** 2000
**Date of 1st Publication:** January 25, 2000
**Nation of 1st Publication:** United States

### Author

• **Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

### Rights and Permissions

**Organization Name:** Anagram International, Inc.
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

### Certification

**Name:** Nancy Kroells
**Date:** March 27, 2018



**24519 Sunshine Sun**

SuperShape™ XL® P35

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-689

**Effective Date of Registration:**
May 14, 2020
**Registration Decision Date:**
June 22, 2020

---

## Title

| | |
|---|---|
| Title of Work: | 83118 - Snowman |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2020 |
| Date of 1st Publication: | January 06, 2020 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Anagram International, Inc. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55344 |

## Certification

| | |
|---|---|
| Name: | Nancy Castanias |
| Date: | May 14, 2020 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-699

**Effective Date of Registration:**
May 14, 2020
**Registration Decision Date:**
June 22, 2020

## Title

| | |
|---|---|
| **Title of Work:** | 42563 - Goal Post |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | May 06, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Anagram International, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55344 |

## Certification

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | May 14, 2020 |

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-247-524

**Effective Date of Registration:**
March 18, 2021
**Registration Decision Date:**
April 15, 2021

---

### Title

**Title of Work:** 33774 - Ocean Buddies Shark

### Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** May 08, 2019
**Nation of 1ˢᵗ Publication:** United States

### Author

**Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344, United States

### Certification

**Name:** Nancy Castanias
**Date:** March 18, 2021

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-247-342

**Effective Date of Registration:**
March 18, 2021
**Registration Decision Date:**
April 14, 2021

## Title

| | |
|---|---|
| Title of Work: | 28950 - Summer Scene Palm |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2019 |
| Date of 1st Publication: | November 12, 2019 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Anagram International, Inc. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55344 |

## Certification

| | |
|---|---|
| Name: | Nancy Castanias |
| Date: | March 18, 2021 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karen H. Tisdale*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-182-674

**Effective Date of Registration:**
October 18, 2019
**Registration Decision Date:**
December 13, 2019

## Title

Title of Work: 37727 Magic Unicorn Airwalker

## Completion/Publication

Year of Completion: 2017
Date of 1st Publication: September 22, 2017
Nation of 1st Publication: United States

## Author

Author: Anagram International, inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

Name: Nancy Castanias
Date: October 18, 2019

Copyright Office notes: Regarding authorship information: Deposited copy is soft sculpture w/ applied
artwork

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Teyl*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-117-643**

**Effective Date of Registration:**
March 28, 2018

---

### Title

**Title of Work:** 33815 - Rainbow with Clouds

### Completion/Publication

**Year of Completion:** 2000
**Date of 1st Publication:** January 25, 2000
**Nation of 1st Publication:** United States

### Author

· **Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

**33815 Rainbow with Clouds**
SuperShape™ XL® P35

### Certification

**Name:** Nancy Kroells
**Date:** March 28, 2018

---



## 33815 Rainbow with Clouds

SuperShape™ XL® P35

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-797

**Effective Date of Registration:**
May 14, 2020
**Registration Decision Date:**
June 22, 2020

---

## Title
        **Title of Work:** 45450 - Stacked Bday Icons

## Completion/Publication
        **Year of Completion:** 2020
        **Date of 1st Publication:** May 06, 2020
        **Nation of 1st Publication:** United States

## Author
        • **Author:** Anagram International, Inc.
        **Author Created:** 2-D artwork
        **Work made for hire:** Yes
        **Domiciled in:** United States

## Copyright Claimant
        **Copyright Claimant:** Anagram International, Inc.
        7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification
        **Name:** Nancy Castanias
        **Date:** May 14, 2020



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Signature*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-153-036

**Effective Date of Registration:**
December 31, 2018

---

## Title

Title of Work:  38478 - Llama

## Completion/Publication

Year of Completion:  2018
Date of 1st Publication:  April 27, 2018
Nation of 1st Publication:  United States

## Author

- Author:  Anagram International, Inc.
  Author Created:  2-D artwork
  Work made for hire:  Yes
  Domiciled in:  United States

## Copyright Claimant

Copyright Claimant:  Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Rights and Permissions



Organization Name:  Anagram International, Inc.
Address:  7700 Anagram Drive
E, MN 553 United States

## Certification

Name:  Nancy Kroells
Date:  December 31, 2018

---

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-192-096**

**Effective Date of Registration:**
November 08, 2019
**Registration Decision Date:**
February 24, 2020

---

**Title**

| | |
|---|---|
| Title of Work: | 33673 - Police Car |

**Completion/Publication**

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | June 30, 2015 |
| Nation of 1st Publication: | United States |

**Author**

| | |
|---|---|
| • Author: | Anagram International, Inc. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Domiciled in: | United States |

**Copyright Claimant**

| | |
|---|---|
| Copyright Claimant: | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55339, US |

**Certification**

| | |
|---|---|
| Name: | Nancy Castanias |
| Date: | November 08, 2019 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-247-340

**Effective Date of Registration:**
March 18, 2021
**Registration Decision Date:**
April 14, 2021

## Title

| | |
|---|---|
| **Title of Work:** | 41555 - Babysaurus |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | October 01, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Anagram International, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc.<br>7700 Anagram Drive, Eden Prairie, MN, 55344 |

## Certification

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | March 18, 2021 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-392-990

**Effective Date of Registration:**
February 19, 2024
**Registration Decision Date:**
May 03, 2024

---

## Title

**Title of Work:** 39603 - Stegosaurus



## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** August 21, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International
7700 Anagram Drive, Eden Prairie, MN, 55344

## Rights and Permissions

**Organization Name:** Anagram International
**Email:** brandprotection@anagramintl.com
**Address:** 7700 Anagram Drive
Eden Prairie, mn 55344 United States

## Certification

**Name:** Nancy Castanias
**Date:** February 19, 2024



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-073-093**

**Effective Date of Registration:**
August 08, 2017

---

**Title**

**Title of Work:** 29392 - Merry Christmas Icons

**Completion/Publication**

**Year of Completion:** 2014
**Date of 1st Publication:** August 08, 2014
**Nation of 1st Publication:** United States

**Author**

 • **Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

**Copyright Claimant**

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

**Certification**

**Name:** Nancy Kroells
**Date:** August 08, 2017



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Teyl*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-115-452**

**Effective Date of Registration:**
February 28, 2018



A111236 Flamingo Beach
SuperShape™ P35

### Title

**Title of Work:** 111236 Flamingo Beach

### Completion/Publication

**Year of Completion:** 2000
**Date of 1st Publication:** January 01, 2001
**Nation of 1st Publication:** United States

### Author

• **Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

### Certification

**Name:** Nancy Kroells
**Date:** February 28, 2018



## A111236 Flamingo Beach

SuperShape™ P35

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-182-738

**Effective Date of Registration:**
October 18, 2019
**Registration Decision Date:**
December 13, 2019

---

## Title

**Title of Work:** 26801 Baby Girl Bottle Dots



## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** October 15, 2012
**Nation of 1st Publication:** United States

## Author

**Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Castaniss
**Date:** October 18, 2019

Page 1 of 1



Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-137-198**

**Effective Date of Registration:**
July 18, 2018

## Title

**Title of Work:** 38472 - Colorful Mermaid

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 17, 2018
**Nation of 1st Publication:** United States

## Author

• **Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

38472 Colorful Mermaid

## Certification

**Name:** Nancy Kroells
**Date:** July 18, 2018
**Applicant's Tracking Number:** 38472

Page 1 of 1



38472 Colorful Mermaid

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

Registration Number

## VA 2-207-694

**Effective Date of Registration:**
May 14, 2020
**Registration Decision Date:**
June 22, 2020

---

## Title

          **Title of Work:** 42418 - Scary Witch

## Completion/Publication

         **Year of Completion:** 2020
     **Date of 1st Publication:** January 06, 2020
   **Nation of 1ˢᵗ Publication:** United States

## Author

       •     **Author:** Anagram International, Inc.
       **Author Created:** 2-D artwork
   **Work made for hire:** Yes
      **Domiciled in:** United States

## Copyright Claimant

     **Copyright Claimant:** Anagram International, Inc.
                 7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

          **Name:** Nancy Castanias
           **Date:** May 14, 2020



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-247-339

**Effective Date of Registration:**
March 18, 2021
**Registration Decision Date:**
April 14, 2021

---

## Title

**Title of Work:** 37116 - Tropical Palm Trees

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** May 23, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

**Name:** Nancy Castanias
**Date:** March 18, 2021

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-073-100**

**Effective Date of Registration:**
August 08, 2017

---

**Title**

Title of Work: 20261 - Joyful Santa

**Completion/Publication**

Year of Completion: 2010
Date of 1st Publication: June 28, 2010
Nation of 1ˢᵗ Publication: United States

**Author**

- Author: Anagram International, inc.
  Author Created: 2-D artwork
  Work made for hire: Yes
  Domiciled in: United States

**Copyright Claimant**

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

**Certification**

Name: Nancy Kroells
Date: August 08, 2017



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-204-649**

**Effective Date of Registration:**
January 08, 2020
**Registration Decision Date:**
May 26, 2020

---

### Title

| | |
|---|---|
| **Title of Work:** | 31454 - Smiley Snowman |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | June 01, 2015 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | Anagram International, inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55339 |

### Certification

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | January 08, 2020 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-197-607

**Effective Date of Registration:**
February 14, 2020
**Registration Decision Date:**
March 30, 2020

---

## Title

| | |
|---|---|
| **Title of Work:** | 38554 - Sealife Happy Birthday |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | June 11, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Anagram International, inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anagram International, Inc.<br>7700 Anagram Drive, Eden Prairie, MN, 55339 |

## Certification

| | |
|---|---|
| **Name:** | Nancy Castanias |
| **Date:** | February 14, 2020 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-085-924

**Effective Date of Registration:**
February 01, 2018

---

**Title**

          **Title of Work:** 37273 - Magical Unicorn

**Completion/Publication**

          **Year of Completion:** 2017
          **Date of 1st Publication:** July 05, 2017
          **Nation of 1ˢᵗ Publication:** United States

**Author**

          •     **Author:** Anagram International, inc.
          **Author Created:** 2-D artwork
          **Work made for hire:** Yes
          **Domiciled in:** United States

> **37273 Magical Unicorn**

**Copyright Claimant**

          **Copyright Claimant:** Anagram International, Inc.
                           7700 Anagram Drive, Eden Prairie, MN, 55339

**Certification**

          **Name:** Nancy Kroells
          **Date:** February 01, 2018

---



**37273 Magical Unicorn**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-085-623

**Effective Date of Registration:**
January 31, 2018

---

## Title

**Title of Work:** 09900 - Pastel Unicorn

## Completion/Publication

**Year of Completion:** 2004
**Date of 1st Publication:** January 15, 2004
**Nation of 1st Publication:** United States

## Author

**Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes

09900 Pastel Unicorn

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

## Certification

**Name:** Nancy Kroells
**Date:** January 31, 2018
**Applicant's Tracking Number:** 09900

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay Perly Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-059-118**

**Effective Date of Registration:**
July 24, 2017

## Title

**Title of Work:** 65408 - Welcome Baby

## Completion/Publication

**Year of Completion:** 2000
**Date of 1st Publication:** January 06, 2000
**Nation of 1st Publication:** United States

## Author

- **Author:** Anagram International, inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344, United States

## Rights and Permissions

**Organization Name:** Anagram International, Inc.
**Email:** info@anagramintl.com
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

## Certification

**Name:** Nancy L. Kroells
**Date:** July 24, 2017
**Applicant's Tracking Number:** 65408

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-060-573**

**Effective Date of Registration:**
August 03, 2017

## Title
_____

**Title of Work:** 04949 - Champagne Bottle

## Completion/Publication
_____

**Year of Completion:** 1998
**Date of 1st Publication:** January 21, 1998
**Nation of 1st Publication:** United States

## Author
_____

**Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant
_____

**04949 Champagne Bottle**

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344, United States

## Rights and Permissions
_____

**Organization Name:** Anagram International, Inc.
**Email:** info@anagramintl.com
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

## Certification
_____

**Name:** Nancy L. Kroells
**Date:** August 03, 2017
**Applicant's Tracking Number:** 04949

Page 1 of 2



**04949 Bubbly Wine**

SuperShape™ XL® P30

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-768

**Effective Date of Registration:**
May 13, 2020
**Registration Decision Date:**
June 22, 2020

---

## Title
_____

Title of Work: 42373 - Big Cuddly Teddy Bear



## Completion/Publication
_____

Year of Completion: 2020
Date of 1st Publication: May 06, 2020
Nation of 1st Publication: United States

## Author
_____

- Author: Anagram International, Inc.
  Author Created: 2-D artwork
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant
_____

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification
_____

Name: Nancy Castanias
Date: May 13, 2020



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay Perly Clayott*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-059-084

**Effective Date of Registration:**
July 24, 2017

---

## Title

**Title of Work:** 31237 - Handsome Groom

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 16, 2015
**Nation of 1st Publication:** United States

## Author

**•** **Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344, United States

## Rights and Permissions

**Organization Name:** Anagram International, Inc.
**Email:** info@anagramintl.com
**Address:** 7700 Anagram Drive
Eden Prairie, MN 55344 United States

## Certification

**Name:** Nancy L. Kroells
**Date:** July 24, 2017
**Applicant's Tracking Number:** 31237

---



Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-247-028

**Effective Date of Registration:**
March 18, 2021
**Registration Decision Date:**
April 12, 2021

---

## Title

Title of Work: 28908 - GWS Smiley Sunshine

## Completion/Publication

Year of Completion: 2014
Date of 1st Publication: January 01, 2014
Nation of 1st Publication: United States

## Author

• Author: Anagram International, Inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344, United States

## Certification

Name: Nancy Castanias
Date: March 18, 2021

---

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

Registration Number

## VA 2-185-234

**Effective Date of Registration:**
October 30, 2019
**Registration Decision Date:**
January 09, 2020

---

### Title

Title of Work: 25102 - Spider

### Completion/Publication

Year of Completion: 2012
Date of 1st Publication: February 15, 2012
Nation of 1st Publication: United States

### Author

Author: Anagram International, Inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

### Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

### Certification

Name: Nancy Castanias
Date: October 30, 2019

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-059-085

**Effective Date of Registration:**
July 24, 2017

---

## Title

Title of Work: 06195 - Champagne Glass

## Completion/Publication

Year of Completion: 1999
Date of 1st Publication: February 08, 1999
Nation of 1st Publication: United States



**06195 Champagne Glass**

## Author

- Author: Anagram International, Inc.
  Author Created: 2-D artwork
  Work made for hire: Yes
  Citizen of: United States
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344, United States

## Rights and Permissions

Organization Name: Anagram International, Inc.
Email: info@anagramintl.com
Address: 7700 Anagram Drive
Eden Prairie, MN 55344 United States

## Certification

Name: Nancy L. Kroells
Date: July 24, 2017
Applicant's Tracking Number: 06195

---

Page 1 of 2



**06195 Bubbly Wine Glass**
SuperShape™ XL® P30

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-317-483

**Effective Date of Registration:**
August 15, 2022
**Registration Decision Date:**
September 08, 2022

---

### Title

**Title of Work:** 40668 - Dinomite T-Rex

### Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** August 01, 2019
**Nation of 1st Publication:** United States

### Author

**Author:** Anagram International, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

### Certification

**Name:** Nancy Castanias
**Date:** August 12, 2022

---

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Kay H. _____

United States Register of Copyrights and Director.



**Registration Number**

## VA 2-182-740

**Effective Date of Registration:**
October 18, 2019
**Registration Decision Date:**
December 13, 2019

---

## Title

Title of Work: 26802 Baby Boy Bottle Dots



## Completion/Publication

Year of Completion: 2012
Date of 1st Publication: October 15, 2012
Nation of 1ˢᵗ Publication: United States

## Author

Author: Anagram International, Inc.
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55344

## Certification

Name: Nancy Castanias
Date: October 18, 2019

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-207-692

**Effective Date of Registration:**
May 14, 2020
**Registration Decision Date:**
June 22, 2020

---

## Title

| | |
|---|---|
| Title of Work: | 83119 - Nutcracker |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2020 |
| Date of 1st Publication: | January 06, 2020 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Anagram International, Inc. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Anagram International, Inc. |
| | 7700 Anagram Drive, Eden Prairie, MN, 55344 |

## Certification

| | |
|---|---|
| Name: | Nancy Castanias |
| Date: | May 14, 2020 |



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-073-096**

**Effective Date of Registration:**
August 08, 2017

---

### Title

**Title of Work:** 27239 - Santa with Tree

### Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 21, 2013
**Nation of 1st Publication:** United States

### Author

• **Author:** Anagram International, inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Anagram International, Inc.
7700 Anagram Drive, Eden Prairie, MN, 55339

### Certification

**Name:** Nancy Kroells
**Date:** August 08, 2017

---

