**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| ANAGRAM INTERNATIONAL, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS,<br>LIMITED LIABILITY COMPANIES,<br>PARTNERSHIPS AND UNINCORPORATED<br>ASSOCIATIONS IDENTIFIED ON<br>SCHEDULE A HERETO,<br><br>     Defendants. | Case No.: 1:24-cv-07759<br><br>District Judge Franklin U. Valderrama<br><br>Magistrate Judge Jeffrey Cole |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff Anagram International, LLC ("Plaintiff" or "Anagram") filed a Motion for Entry of Prelimiary Injunction (the "Motion") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, the Court GRANTS Anagram's Motion as follows.

The Court finds Plaintiff has provided notice to Defendants in accordance with the Temporary Restraining Order dated entered September 4, 2024, Dkt. 18 ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

The Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward

---

[1]The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

consumers in the United States, including Illinois. Specifically, Anagram has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Anagram's federally registered copyrighted artwork (the "Anagram Works") to residents of Illinois. Anagram is the owner of the federal copyright registrations that protect Anagram's rights to the Anagram Works, including United States Copyright Registration Nos. VA 1-206-711, VA 1-206-720, VA 2-059-084, VA 2-059-085, VA 2-059-118, VA 2-060-573, VA 2-073-093, VA 2-073-096, VA 2-073-100, VA 2-085-623, VA 2-085-924, VA 2-115-452, VA 2-117-643, VA 2-118-018, VA 2-137-198, VA 2-153-036, VA 2-182-674, VA 2-182-738, VA 2-182-740, VA 2-185-234, VA 2-192-001, VA 2-192-008, VA 2-192-096, VA 2-192-097, VA 2-197-607, VA 2-204-649, VA 2-207-689, VA 2-207-692, VA 2-207-694, VA 2-207-699, VA 2-207-768, VA 2-207-797, VA 2-247-028, VA 2-247-339, VA 2-247-340, VA 2-247-342, VA 2-247-524, VA 2-317-483, VA 2-392-990 and VA 2-403-719.

In this case, Anagram has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using copied and infringing versions of the Anagram Works (*see,* Docket No. 11), which includes screenshot evidence confirming that each Defendant internet store does stand ready, willing and able to ship its infringing goods to customers in Illinois.

The Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that a Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of the Court's previously

granted TRO establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted. Accordingly, the Court orders that:

1.    Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a.  using the Anagram Works or any reproductions, counterfeit copies, derivative works or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Anagram product or not authorized by Anagram to be sold in connection with the Anagram Works;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine Anagram product or any other product produced by Anagram, that is not Anagram's or not produced under the authorization, control, or supervision of Anagram and approved by Anagram for sale under the Anagram Works;

    c.  committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Anagram, or are sponsored by, approved by, or otherwise connected with Anagram; and

    d.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Anagram, nor authorized by Anagram to be sold or offered for sale, and which bear the Anagram Works, or any reproductions, derivative works, counterfeit copies, or colorable imitations.

2.    Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3.    Anagram is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

   a.  the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

   b.  the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

   c.  any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4.    Upon Anagram's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as

Walmart.com, eBay, Inc., Payoneer.com, Amazon.com, Inc., Amazon Pay, Wish.com, and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Anagram expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Wish.com, Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Anagram's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with

Defendants in connection with the sale of counterfeit and infringing goods using the Anagram Works.

6.    Any Third Party Providers, including the Third Party Providers as defined in Paragraph 4, shall, within seven (7) calendar days of receipt of this Order:

    a.  locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 1 to the Declaration of Christopher Wiles, and any e-mail addresses provided for Defendants by third parties; and

    b.  restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by the Court.

7.    Anagram may provide notice of the proceedings in this case to Defendants, including, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 1 to the Declaration of Chistopher Wiles and any e-mail addresses provided for Defendants by third parties or provided by counsel representing Defendants. The Clerk of the Court is directed to issue a single original summons in the name of "Ahern Li" and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.     Anagram's Pleading(s): (i) Schedule A to the Complaint identifying Defendants, Dkt. 3;

    (ii) Exhibit 1 to the Declaration of Christopher Wiles, Dkt. 12; and (3) the TRO Order, Dkt.

    18, are unsealed.

9.     Any Defendants that are subject to this Order may appear and move to dissolve or modify

    the Order as permitted by and in compliance with the Federal Rules of Civil Procedure, the

    Northern District of Illinois Local Rules, and Judge Valderrama's Standing Orders. Any

    third party impacted by this Order may move for appropriate relief.


Date: September 26, 2024

United States District Judge
Franklin U. Valderrama

7

## SCHEDULE A

| Seller No. | Seller Name |
|---|---|
| 1 | Ahern Li |
| 2 | AILIBA |
| 3 | Anhity |
| 4 | Aooxpok Store |
| 5 | ArRuissi Aviation Model |
| 6 | Beaumode |
| 7 | Belicious Helper |
| 8 | bestsupport |
| 9 | Better Life for You |
| 10 | BoJunB |
| 11 | Bonanze Store |
| 12 | Bounce-US |
| 13 | Bulubulu Store |
| 14 | Buyer Favors |
| 15 | CaseFan |
| 16 | CboDeco |
| 17 | ceutmelye |
| 18 | Chagar |
| 20 | CHENYIXINYI |
| 21 | CHLOOD |
| 22 | CHOWDOLANG |
| 23 | COMOPHOTO Backdrop |
| 24 | Compared to |
| 25 | CostumeParty support |
| 26 | DEMOCRATIC |
| 27 | Domgoge-US |
| 28 | DSQ Party |
| 29 | Dumilla |
| 30 | Elevimond |
| 31 | eRoot |
| 32 | FaFa Party |
| 33 | Feirrothen |
| 34 | FNOJANWODWANOD |
| 35 | Frianchly |
| 36 | Friendsship Forever |
| 37 | fucaigu |
| 38 | fujianheyouranxinxikejiyouxiangongsi |
| 39 | FUKUGAWACO |
| 40 | Funmemoir |
| 41 | Fuzhou Qianjun Electronic Commerce Co., Ltd. |
| 42 | Gaobai |

| 43 | GoGoGoodie |
|----|------------|
| 44 | guangzhouchunlukejiyouxiangongsi |
| 45 | Happy Balloon |
| 46 | HealthSTEC |
| 47 | Hengfengmy-US |
| 48 | Hiboom US |
| 49 | EXCEPTED |
| 50 | Honest Anan |
| 51 | HUFAND US |
| 52 | Huihe Creative Home Living Museum, Heshan District, Yiyang City |
| 53 | HuLePeng HuaCheng |
| 54 | iftnotea |
| 55 | Isndare |
| 56 | Jericho&Jess |
| 57 | Jerps |
| 58 | Jingcai001 |
| 60 | Judge |
| 61 | Julianxin office |
| 62 | juntushangmao |
| 63 | Kesote |
| 64 | KINBOM stores |
| 65 | KOMODOMO |
| 66 | Langtel Products |
| 67 | lanxiufeng |
| 68 | LFVIK |
| 69 | Linbloom |
| 70 | LINDOO |
| 71 | Literarysmall |
| 72 | LM2020 large |
| 73 | LOL Party&Crafts |
| 74 | LOTUSPIE DIRECT |
| 75 | Lyingcats |
| 76 | Max running |
| 77 | Mocsicka Backdrop |
| 78 | Ms Beauty |
| 79 | number1shopdirect |
| 80 | ParlikeenMic |
| 81 | PARLONTY |
| 82 | Party Moment |
| 83 | Party Time USA |
| 84 | Party-Queen |
| 85 | Partyplaza |
| 86 | Pateeha Party Direct |
| 87 | Phogary US |

| 88 | QZMCEAGS |
| 89 | Red Psalm |
| 90 | EXCEPTED |
| 91 | Rony mar |
| 92 | Rukie |
| 93 | SERONLINE |
| 94 | shangde hongtao |
| 95 | EXCEPTED |
| 96 | ShenZhenShiHongYuDaShangMaoYouXian GongSi |
| 97 | shijiazhuang niuzhuimaoyishanghang |
| 98 | Shindel |
| 99 | Shinyhome |
| 100 | EXCEPTED |
| 101 | Simple polymer |
| 102 | sit down |
| 103 | Siticoto |
| 104 | Stcomart |
| 105 | Taotenish |
| 106 | Tellpet Store |
| 107 | Tiblue |
| 108 | To the radar |
| 109 | Vsdski Party Favor |
| 110 | VYNYJOAN |
| 111 | wesley Hu |
| 112 | What is it? |
| 113 | WINMIND |
| 114 | XANGNIER |
| 115 | YaterYing |
| 116 | YYTCST |
| 117 | Zenada |
| 118 | ZHEXUNDIAN |
| 119 | 7YH7DL |
| 120 | AaSFJEG |
| 121 | AESKEALLY |
| 123 | Beijiate Boutique |
| 125 | BrowQuartz |
| 127 | Chunhongkeji |
| 128 | Ciaoed life Co. ltd |
| 129 | CJUAN |
| 131 | Cool BUY |
| 133 | CUGBO |
| 134 | Delike |
| 135 | Dengmore |
| 136 | Description politics co., ltd |

10

| 137 | Fangleland Party Decor |
| 138 | Fast Sell |
| 139 | FENGZZ |
| 140 | Fj Rich Co.Ltd |
| 141 | foshanshichanchengquwenrenshengshangmao youxiangongsi |
| 142 | FSLF PartyDecor |
| 143 | Funmemoir Party Decor |
| 144 | goilinor |
| 145 | gongxifacai |
| 146 | Gongxipen |
| 147 | guangzhourenmaishangmaoyouxiangongsi |
| 148 | HALJEN |
| 149 | Hen |
| 152 | Hjuang |
| 153 | Huangjiacheng |
| 154 | Huaping Trading Co., Ltd. |
| 156 | HWDS |
| 157 | IFKSFXKF |
| 158 | iTi Direct |
| 161 | jiayuxuandianzi |
| 162 | Jibingyi |
| 163 | jikesheng |
| 165 | JISHENX |
| 167 | JOKI |
| 168 | Jollyboom Party Decor |
| 169 | JOYMEMO Party Decor |
| 170 | JUMRHFAN |
| 172 | Kiddopark |
| 173 | Kkewar |
| 175 | LaMaz |
| 176 | LivNxt |
| 177 | LMEEOR |
| 178 | LongYTong |
| 179 | LOVERLYZ |
| 180 | LRZWY |
| 181 | Ltrototea Co.ltd |
| 182 | LWZWM Clearance Sold |
| 184 | LYTiang |
| 185 | LZKang |
| 186 | Magic life |
| 187 | Menolana |
| 188 | MetMetalrt |
| 191 | Miracle Trading Company |
| 192 | MQjiaju |

| 193 | MUGU_Store |
|-----|------------|
| 194 | MYTAKEND |
| 195 | noxiang si tech Co. Ltd |
| 196 | OXM MALL |
| 197 | Pngyino |
| 198 | QingLongXuanJiaJu |
| 200 | Quauec |
| 201 | Quqiuxian |
| 202 | REEREEN Co. Ltd |
| 203 | Ruihangxiemaoltd |
| 204 | Sarkoyar Co.Ltd |
| 205 | Shangfeng |
| 206 | shansuidianzishangwu |
| 208 | SHLT Mall |
| 209 | SNOWKITTEN |
| 210 | STONCEL Home Department Store |
| 213 | TaiYuanShiQianShuKeJiYouXianGongSi |
| 214 | Tartikaily |
| 216 | TIANGAO |
| 217 | TUWEN |
| 218 | UEBXS |
| 219 | VOLTENICK |
| 221 | Worgeous |
| 224 | XunHong |
| 225 | YanMaoYi |
| 228 | youyag |
| 229 | Yu Boutique Store |
| 230 | yuehuaidai |
| 231 | Yueyihe |
| 232 | YUHUO |
| 236 | ZB-HRGBZ |
| 237 | Zengyong |
| 238 | ZhongXiangShi |
| 239 | Zipning |
| 240 | Zjurshop |
| 241 | ZMhangE |
| 242 | Zweiton |