IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>　　　　Defendants. | Case No.: 1:24-cv-07759<br><br>District Judge Franklin U. Valderrama<br><br>Magistrate Judge Jeffrey Cole |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Anagram International, LLC ("Plaintiff" or "Anagram") hereby dismisses this action with prejudice as to the defendant(s) identified below. The parties shall bear their own attorney's fees and costs.

| Seller No. | Seller Name | Store URL |
|---|---|---|
| 19 | Changchunshixinshengbinshangmaoyouxiangongsi | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1NUDQYH838EM7&asin=B0BWRT74B9&ref_=dp_merchant_link |
| 59 | Joinwin | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1318TS4Q5D4AI&asin=B08CRQKP8W&ref_=dp_merchant_link |
| 62 | juntushangmao | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AEXFS5KZWZJHS&asin=B0C99DGSDN&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 84 | Party-Queen | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A10WIQTOS63OI0&asin=B0CST5TGFZ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 122 | AiYqZypa | https://www.walmart.com/seller/101632405 |

| 124 | BONTRM | https://www.walmart.com/seller/101503918 |
|---|---|---|
| 125 | BrowQuartz | https://www.walmart.com/seller/101282237 |
| 126 | Bzldin | https://www.walmart.com/seller/101647971 |
| 132 | CRCMJUHGSA | https://www.walmart.com/seller/101646534 |
| 150 | HEWANN HOME | https://www.walmart.com/seller/101675035 |
| 151 | HGEGPO | https://www.walmart.com/seller/101634056 |
| 155 | Huayishang | https://www.walmart.com/seller/101591062 |
| 159 | JELEUON | https://www.walmart.com/seller/101117174 |
| 160 | JiaChangwang Co., LTD | https://www.walmart.com/seller/101664584 |
| 164 | Jingzi Co., LTD | https://www.walmart.com/seller/101639641 |
| 166 | JIZHIXIAN | https://www.walmart.com/seller/101523263 |
| 171 | Kaixunba Co., Ltd. | https://www.walmart.com/seller/101620690 |
| 174 | Kwlinmg | https://www.walmart.com/seller/102478041 |
| 177 | LMEEOR | https://www.walmart.com/seller/101615937 |
| 183 | LYGFSRDX | https://www.walmart.com/seller/101629879 |
| 189 | MFJA Store | https://www.walmart.com/seller/101479574 |
| 199 | QJUHUNG Co. Ltd | https://www.walmart.com/seller/101199388 |
| 202 | REEREEN Co. Ltd | https://www.walmart.com/seller/101105747 |
| 207 | Shiusinaa | https://www.walmart.com/seller/101489689 |
| 211 | Sunbeauty Store | https://www.walmart.com/seller/101478960 |
| 212 | SYCMKUH | https://www.walmart.com/seller/101567642 |
| 215 | TETOU Store | https://www.walmart.com/seller/101088026 |
| 220 | Wmhsylg | https://www.walmart.com/seller/101574878 |
| 222 | WRDMNBV | https://www.walmart.com/seller/101586336 |
| 223 | XLZMUHYTGS | https://www.walmart.com/seller/101655815 |
| 224 | XunHong | https://www.walmart.com/seller/101564287 |
| 226 | YCCMML | https://www.walmart.com/seller/101517243 |
| 227 | Yiyibai | https://www.walmart.com/seller/101687320 |
| 233 | yushangoua | https://www.walmart.com/seller/101694004 |
| 234 | Ywlanda | https://www.walmart.com/seller/101197760 |
| 235 | YXVWKN | https://www.walmart.com/seller/101616171 |
| 243 | ZXIPN | https://www.walmart.com/seller/101687352 |

DATED: September 27, 2024                          Respectfully submitted,

                                                       */s/ Peter Krusiewicz*
                                                         Matthew A. Werber (Ill. # 6287658)
                                                         mwerber@nixonpeabody.com
                                                         Peter Krusiewicz (Ill. # 6342444)
                                                         pkrusiewicz@nixonpeabody.com
                                                         **NIXON PEABODY LLP**
                                                         70 W. Madison St., Suite 5200
                                                         Chicago, IL 60602
                                                         Tel: (312) 977-4400
                                                         Fax: (312) 977-4405

                                                         April Hua (*pro hac vice*)
                                                         ahua@nixonpeabody.com
                                                         **NIXON PEABODY LLP**
                                                         300 South Grand Avenue, Suite 4100
                                                         Los Angeles, CA 90071-3151
                                                         Tel: (213) 629-6000
                                                         ***ATTORNEYS FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system on September 27, 2024.

*/s/ Peter Krusiewicz*
Peter Krusiewicz