IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Anagram International, LLC, ) | |
| ) | Case Number: 24-cv-7759 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| ) | |
| The Individuals, Corporations, Limited ) | Honorable Franklin U. Valderrama |
| Liability Companies, Partnerships, and ) | |
| Unincorporated Associations Identified on ) | |
| Schedule A Hereto, ) | |
| | |
| Defendants. | |

**(UNOPPOSED) FIRST MOTION OF DEFENDANT**

**HUFAND US FOR EXTENSION OF TIME TO ANSWER OR PLEAD**

NOW COMES the Defendant, HUFAND US ("Defendant"), through counsel, and respectfully requests this Court extend the time by 21 days to respond to the Complaint. In support:

1. This is the first extension motion filed by the Defendant.

2. The Defendant is in settlement negotiations with the Plaintiff.

3. The Defendant needs additional time to try and reach an agreement, or if not, respond to Plaintiff's Complaint.

4. This Court may, for good cause, extend the time by which Defendant's response is due if a request is made, before the original time or its extension expires. Fed. R. Civ. P. 6(b)(1)(A).

5.  The Defendant requests this Court extend the date 21 days from the date of this filing on which Defendant must respond to Plaintiff's Complaint, if ultimately necessary, to November 15, 2024.

6.  The Plaintiff does not object.

WHEREFORE, for the foregoing reasons, Defendant HUFAND US respectfully requests this Honorable Court enter an Order: Extending the date on which its response to Plaintiff's Complaint is due 21 days to November 15, 2024.

October 25, 2024                    Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies on October 25, 2024 that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com