IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No.: 1:24-cv-07759<br><br>District Judge Franklin U. Valderrama<br><br>Magistrate Judge Jeffrey Cole |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Anagram International, LLC ("Plaintiff" or "Anagram") hereby dismisses this action with prejudice as to the defendant(s) identified below. The parties shall bear their own attorney's fees and costs.

| Seller No. | Seller Name | StoreID |
|---|---|---|
| 14 | Buyer Favors | A3R30ASTBX9AJ3 |
| 86 | Pateeha Party Direct | A30HXN0RK821OA |
| 95 | shelling home | A3GF9NGM68NKGG |
| 98 | Shindel | A246TGGP85L0JO |
| 101 | Simple polymer | A2NHVUDVMKFMX6 |

4855-5085-6179.1

DATED: October 25, 2024	Respectfully submitted,

*/s/ Matthew A. Werber*
Matthew A. Werber (Ill. # 6287658)
mwerber@nixonpeabody.com
Peter Krusiewicz (Ill. # 6342444)
pkrusiewicz@nixonpeabody.com
**NIXON PEABODY LLP**
70 W. Madison St., Suite 5200
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

April Hua (*pro hac vice*)
ahua@nixonpeabody.com
**NIXON PEABODY LLP**
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151
Tel: (213) 629-6000

***ATTORNEYS FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system on October 25, 2024.

*/s/ Matthew A. Werber*
Matthew A. Werber

4855-5085-6179.1